FILED
4/28/21 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )    Case No. 21-20842
Nicholas M. Colamarino,                         )    Chapter 13
    *Debtor*                 )    Docket No.    4
                                                )
Nicholas M. Colamarino,                         )
    *Movant*                 )    (Prior Chapter 13 Bankruptcy
                                                )    Case filed at Docket No.
    VS.                     )    19-20834 CMB, dismissed by Order
                                                )    of Court dated June 3, 2020)
Union Home Mortgage, Cenlar Bank, Capital One   )
Bank, UPMC Physician Services, UPMC Health      )
Services, American Infosource, and Synchrony    )
Bank,                                           )
    *Respondents*           )

### ORDER OF COURT

AND NOW, to wit, this ____28th____ day of ____April____, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the Automatic Stay in the case of Nicholas M. Colamarino is hereby extended beyond thirty days and shall continue in full force and effect until further order of this Court or dismissal of this case.

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
                                                                          Case No. 21-20842-CMB
Nicholas M. Colamarino                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas M. Colamarino, 5618 Lincoln Ave., Export, PA 15632-1315 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15361489 | | UPMC Health Services, Po Box 1123, Minneapolis, MN 55440-1123 |
| 15361490 | | UPMC Physician Services, Po Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15361485 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 00:37:59 | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15361486 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 29 2021 00:39:53 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15361487 | + | Email/Text: bncmail@w-legal.com | Apr 29 2021 01:30:00 | Synchrony Bank, c/o Weinstein & Riley, 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 15361488 | | Email/Text: hstammen@unionhomemortgage.com | Apr 29 2021 01:28:00 | Union Home Mortgage, c/o Cenlar Bank, 425 Phillips Blvd., Trenton, NJ 08618 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | UNION HOME MORTGAGE CORP. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                          Signature:            /s/Joseph Speetjens

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Kenneth Steidl | |
| | on behalf of Debtor Nicholas M. Colamarino julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor UNION HOME MORTGAGE CORP. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5