**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| NICHOLAS M. COLAMARINO | ) | Case No.  21-20842 CMB |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
     as to creditor     _____

☐    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated **4-28-21**
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$1426** to **$1823** per month, effective **3/24**; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- **Trustee COD filed 1-3-24 (Doc 62) is resolved by this order.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>23rd</u> day of <u>September</u>, 202<u>4</u>

_____
United States Bankruptcy Judge

dmk

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
2/23/24 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:    All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 21-20842-CMB

Nicholas M. Colamarino    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Feb 23, 2024    Form ID: pdf900    Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas M. Colamarino, 5618 Lincoln Ave., Export, PA 15632-1315 |
| 15375467 | + | Pheple FCU, PO Box 983, Greensburg, PA 15601-0983 |
| 15645286 | + | Union Home Mortgage Corp., 5942 Renaissance Place, Toledo, OH 43623-4708 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 23 2024 23:48:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15375462 | + | Email/Text: bky@americanprofit.net | Feb 23 2024 23:48:00 | American Profit Recovery, 34505 West 12 Mile Road, Suite 3, Farmington, MI 48331-3258 |
| 15375463 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 23 2024 23:48:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 15380068 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 23 2024 23:48:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15361485 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2024 00:10:03 | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15361486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 23:58:24 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15379889 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 23:58:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15375466 | + | Email/Text: SAABankruptcy@fcbanking.com | Feb 23 2024 23:48:00 | First Commonwealth Bank, 111 South Main Street, Greensburg, PA 15601-3101 |
| 15361487 | + | Email/Text: bncmail@w-legal.com | Feb 23 2024 23:48:00 | Synchrony Bank, c/o Weinstein & Riley, 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 15361488 | | Email/Text: bankruptcydept@uhm.com | Feb 23 2024 23:48:00 | Union Home Mortgage, c/o Cenlar Bank, 425 Phillips Blvd., Trenton, NJ 08618 |
| 15361489 | | Email/Text: BNCnotices@dcmservices.com | Feb 23 2024 23:48:00 | UPMC Health Services, Po Box 1123, Minneapolis, MN 55440-1123 |
| 15361490 | | Email/Text: BNCnotices@dcmservices.com | Feb 23 2024 23:48:00 | UPMC Physician Services, Po Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | UNION HOME MORTGAGE CORP. |
| 15375464 | * | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15375465 | *+ | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15375468 | *+ | Pheple FCU, PO Box 983, Greensburg, PA 15601-0983 |
| 15375469 | *+ | Synchrony Bank, c/o Weinstein & Riley, 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 15375470 | *P++ | UNION HOME MORTGAGE CORP, 6444 MONROE STREET, SYLVANIA OH 43560-1455, address filed with court:, Union Home Mortgage, c/o Cenlar Bank, 425 Phillips Blvd., Trenton, NJ 08618 |
| 15375471 | * | UPMC Health Services, Po Box 1123, Minneapolis, MN 55440-1123 |
| 15375472 | * | UPMC Physician Services, Po Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor UNION HOME MORTGAGE CORP. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor UNION HOME MORTGAGE CORP. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Nicholas M. Colamarino julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor UNION HOME MORTGAGE CORP. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7