FILED
10/22/24 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Withdrawal of Appearances by Alyk L.** | : | Miscellaneous Case No: 24-207-GLT |
| **Oflazian in Various Open Cases, and** | : | |
| **Entry of Appearance of Replacement** | : | |
| **Counsel Stephen R. Franks in Various** | : | Related to Docket No. 2 |
| **Open Cases** | : | |
| | : | |

## ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this 22nd Day of October, 2024 ___, upon consideration of

the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk

of the U.S. Bankruptcy Court for the Western District of Pennsylvania shall substitute attorney

Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to

Movant's Motion to Substitute.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court