| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Nicholas M. Colamarino |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number    21-20842 CMB |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Union Home Mortgage Corp.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9305

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2022

**New total payment:**    $672.63
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $244.33        New escrow payment:    $246.05

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $_____    New mortgage payment: $_____

Debtor(s)  <u>Nicholas M. Colamarino</u>       Case number (*if known*) <u>21-20842 CMB</u>
           First Name    Middle Name              Last Name

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Maria D. Miksich (Atty ID 319383)</u>      Date  <u>11/05/2021</u>
   Signature
**Print:** Maria Miksich
   05 Nov 2021, 10:16:36, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>      <u>Market Street, Suite 5000</u>
         Number    Street
         <u>Philadelphia,</u>                    <u>PA</u>    <u>19106</u>
         City                                 State   ZIP Code

Contact phone  <u>(215) 627–1322</u>       Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2

Document ID: c01cbb71d8e62045147dd9e364064eb5dde8b97701b8a0e37283ef46f659d348