UNIONHOME MORTGAGE

PO Box 77404
Ewing, NJ 08628



NICHOLAS COLAMARINO
5618 LINCOLN AVE 5620
EXPORT PA 15632-1315

10/25/21
LOAN NO:
unionhome.loanadministration.com
Customer Service 855-622-3196

> **Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

| | | |
|---|---|---|
| Your present payment, 10/01/18 consists of: | Principal & Interest (P & I) | $426.58 |
| | Escrow Deposit | $282.72 |
| **Total Loan Payment** | | **$709.30** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | | | |
|---|---|---|---|
| Bills due in the upcoming year: | Mortgage Ins | $667.80 | |
| | City Tax | $323.46 | |
| | Hazard Ins | $1,138.00 | |
| | Taxes | $823.27 | |
| **Annual Disbursements:** | | **$2,952.53** | **One-Twelfth/Monthly Amount: $246.05** |

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 05/21 through 12/21 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $709.30 and $282.72 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $1,550.15 | -$7,929.77 |
| MAY 2021 | 244.33 | * | 56.96 | * | FHA MIP | 1,737.52 | -7,929.77 |
| MAY 2021 | | | 1,128.00 | 1,138.00 * | HAZARD INS | 609.52 | -9,067.77 |
| MAY 2021 | | | | 56.96 * | FHA MIP | 609.52 | -9,124.73 |
| JUN 2021 | 244.33 | * | 56.96 | * | FHA MIP | 796.89 | -9,124.73 |
| JUN 2021 | | | | 56.96 * | FHA MIP | 796.89 | -9,181.69 |
| JUL 2021 | 244.33 | * | 56.96 | 56.96 | FHA MIP | 984.26 | -9,238.65 |
| AUG 2021 | 244.33 | * | 56.96 | * | FHA MIP | 1,171.63 | -9,238.65 |
| AUG 2021 | | | 796.89 | 823.27 * | SCHOOL TAX | 374.74 | -10,061.92 |
| AUG 2021 | | | | 55.65 * | FHA MIP | 374.74 | -10,117.57 |
| SEP 2021 | 244.33 | 1,130.88 * | 56.96 | * | FHA MIP | 562.11 | -8,986.69 |

### *** CONTINUED ON REVERSE SIDE ***

### SURPLUS



Nicholas Colamarino
5618 Lincoln Ave 5620
Export PA 15632-1315

Loan Number:
Surplus Amount:              $67.28

Due to the delinquent status of your account, however, we will retain your surplus.

## CONTINUATION

| Month | To Escrow | From Escrow | | Description | Balance | Diff |
|---|---|---|---|---|---|---|
| SEP 2021 | | | 55.65 * | FHA MIP | 562.11 | -9,042.34 |
| OCT 2021 | 244.33 | 9,930.24 E* | 56.96 | E* FHA MIP | 749.48 | 887.90 |
| OCT 2021 | | | 55.65 * | FHA MIP | 749.48 | 832.25 |
| NOV 2021 | 244.33 | 244.33 E | 56.96 | 55.65 E* FHA MIP | 936.85 | 1,020.93 |
| DEC 2021 | 244.33 | 244.33 E | 56.96 | 55.65 E* FHA MIP | 1,124.22 | 1,209.61 |
| JAN 2022 | 244.33 | * | 56.96 | * FHA MIP | 1,311.59 | |
| FEB 2022 | 244.33 | * | 56.96 | * FHA MIP | 1,498.96 | |
| MAR 2022 | 244.33 | * | 56.96 | * FHA MIP | 1,686.33 | |
| APR 2022 | 244.33 | * | 56.96 | * FHA MIP | 1,873.70 | |
| APR 2022 | | | 323.46 | * R.E. TAX | 1,550.24 | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $2,931.87. Under Federal Law, your lowest monthly balance should not have exceeded $374.74, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $374.74.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 01/22 through 12/22 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,209.61 | $1,142.33 |
| JAN 2022 | 246.05 | 55.65 | FHA MIP | 1,400.01 | 1,332.73 |
| FEB 2022 | 246.05 | 55.65 | FHA MIP | 1,590.41 | 1,523.13 |
| MAR 2022 | 246.05 | 55.65 | FHA MIP | 1,780.81 | 1,713.53 |
| APR 2022 | 246.05 | 55.65 | FHA MIP | 1,971.21 | 1,903.93 |
| APR 2022 | | 323.46 | R.E. TAX | 1,647.75 | 1,580.47 |
| MAY 2022 | 246.05 | 55.65 | FHA MIP | 1,838.15 | 1,770.87 |
| MAY 2022 | | 1,138.00 | HAZARD INS | 700.15 | 632.87 |
| JUN 2022 | 246.05 | 55.65 | FHA MIP | 890.55 | 823.27 |
| JUL 2022 | 246.05 | 55.65 | FHA MIP | 1,080.95 | 1,013.67 |
| AUG 2022 | 246.05 | 55.65 | FHA MIP | 1,271.35 | 1,204.07 |
| AUG 2022 | | 823.27 | SCHOOL TAX | 448.08 | 380.80 |
| SEP 2022 | 246.05 | 55.65 | FHA MIP | 638.48 | 571.20 |
| OCT 2022 | 246.05 | 55.65 | FHA MIP | 828.88 | 761.60 |
| NOV 2022 | 246.05 | 55.65 | FHA MIP | 1,019.28 | 952.00 |
| DEC 2022 | 246.05 | 55.65 | FHA MIP | 1,209.68 | 1,142.40 |

**Your Projected Escrow Account Balance as of 12/31/21 is $1,209.61. Your Required Beginning Escrow Balance according to this analysis should be $1,142.33.**
This means you have a Surplus of $67.28. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. Due to the delinquent status of your account, however, we will retain your surplus.
Once during this period, your Required Escrow Account Balance should be reduced to $380.80 as shown in August. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## NEW LOAN PAYMENT

| Your new payment consists of: | Principal & Interest (P & I) | $426.58 |
|---|---|---|
| | Escrow Deposit | $246.05 |
| **New Loan Payment** | **Beginning on January 1, 2022** | **$672.63** |

**Important Notes:**

**Automatic Draft Customers:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

*** CONTINUED ON NEXT PAGE ***

**CONTINUATION**

**Insurance Renewal/Changing Insurance Companies**: Upload proof of insurance coverage at www.MyCoverageInfo.com using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 855-622-3196.

Case 21-20842-CMB    Doc -1    Filed 11/08/21    Entered 11/08/21 09:58:56    Desc
Exhibit Payment Change Letter    Page 4 of 4