**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Nicholas M. Colamarino**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 21-20842 CMB** |
| **Union Home Mortgage Corp.**<br>　　　　　　　　　　**Movant**<br>　　**vs.** | **Chapter 13**<br><br>**Related to Claim No. 2** |
| **Nicholas M. Colamarino**<br>　　　　　　　　　　**Debtor(s)** | |
| **Rhonda J. Winnecour,**<br>　　　　　　　　　　**Trustee** | |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 8, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Nicholas M. Colamarino
5618 Lincoln Avenue
Export, PA 15632

<u>Attorney for Debtor(s)</u>
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>November 8, 2021</u>

　　　　　　　　　　　　　　　　　　　**/s/Maria Miksich Esquire**
　　　　　　　　　　　　　　　　　　　Maria Miksich Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 319383
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　412-430-3589
　　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com